

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00361-CV

NATASHA SLOAN, Appellant

V.

JASON SLOAN, Appellee

§   On Appeal from the 367th District Court

§   of Denton County (22-5691-367)

§   October 17, 2024

§   Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's divorce decree. It is ordered that the divorce decree is affirmed in part and reversed in part. We reverse the portion of the divorce decree relating to the division of the parties' property—specifically including the trial court's award of attorney's fees—and we remand this case to the trial court for further proceedings consistent with our opinion. We affirm the remainder of the divorce decree.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack